```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    - against -                        REPORT AND
                                       RECOMMENDATION

                                       03-CR-1214 (ERK)(MDG)
CURT MATTHEWS et. al,

                 Defendants.

- - - - - - - - - - - - - - - - X
```

*Order*

*The recommendation of the U.S. mag. judge is adopted.*

s/E. R. Korman

5/30/06

GO, United States Magistrate Judge:

The defendant, Curt Matthews ("Matthews"), who is charged with, inter alia, murder and bank robbery, moves to suppress certain post-arrest statements. On May 13, 2004, the Honorable Edward R. Korman referred the motion to the late United States Magistrate Judge A. Simon Chrein for report and recommendation. On April 11, 2005, the case was reassigned to the undersigned.

## PROCEDURAL HISTORY

Matthews and five other individuals were indicted on November 6, 2003 in a three-count indictment for armed bank robbery in Queens on December 4, 2000 (the "armed bank robbery"). See ct. doc. 1. On January 6, 2005, a grand jury returned a fourteen-count Superseding Indictment (S-1) charging Matthews and others with racketeering, racketeering conspiracy, conspiracy to distribute drugs, attempted murder, murder, bank robbery and bank robbery conspiracy. See ct. doc. 88.